```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    **v.**                                              Case No. 11-cr-31-PB

<u>Jamie Salas</u>

<u>SEALED</u> <u>**ORDER**</u>

    The defendant has moved through counsel to continue the trial scheduled for May 3, 2011, citing the need for additional time to review extensive discovery and prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from May 3, 2011 to August 16, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in

1

granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 22, 2011 final pretrial conference is continued to July 25, 2011 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 14, 2011

cc: Jonathan Saxe, Esq.
    Alfred J.T. Rubega, AUSA
    United States Probation
    United States Marshal